IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



DEC 29 2025

Cherice Antoinette (Rush) Harris

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Ronald Andre Rush Sr.
David Vincent Harris
Daien Von Harris

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. TDC 25 CV 04274
*(to be filled in by the Clerk's Office)*

Jury Trial:   ■ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cherice Antoinette (Rush) Harris |
| Street Address | 1619 Portland Lane |
| City and County | Bowie, Prince Georges |
| State and Zip Code | MD |
| Telephone Number | 240-923-4117 |
| E-mail Address | cherice53bowie@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ronald Andre Rush Sr. |
| Job or Title (if known) | Retired Pest Control Business Owner |
| Street Address | 854 Dusky Sap. Ct |
| City and County | Griffin, Spalding |
| State and Zip Code | Georgia, 30322 |
| Telephone Number | 678-725-5101 |
| E-mail Address (if known) | |

2

Defendant No. 2

| | |
|---|---|
| Name | David Vincent Harris |
| Job or Title (if known) | Commercial-Life Insurance Broker American Family Insurance |
| Street Address | 1280 W Peachtree St. NW apt 3505 |
| City and County | Atlanta, Fulton |
| State and Zip Code | Georgia 30309 |
| Telephone Number | 678-725-5101 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Daien Von Harris |
| Job or Title (if known) | Sr. Acct. Manager UGK - Business Owner Dai Moves |
| Street Address | 1280 W Peachtree St. NW apt 3505 |
| City and County | Atlanta, Fulton |
| State and Zip Code | Georgia 30309 |
| Telephone Number | 678-725-5101 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ■ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Cherice A. Harris, is a citizen of the State of *(name)* Maryland.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Ronald A Rush Sr, David Vincent Harris, Daien Von Harris, is a citizen of the State of *(name)* Georgia. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Plaintiff seeks compensatory damages for $2,000,000: loss of family relationships, emotional distress, reputational harm, and economic losses, plus punitive damages for Defendants' malicious and coordinated 25-year campaign, coordinated specifically to keep Plaintiff from enjoying the motherhood and bond with her offspring she built.

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

This is a civil action arising under diversity jurisdiction pursuant to 28 U.S.C. § 1332. Plaintiff, a resident of Maryland, brings claims against three Georgia residents for malicious defamation, intentional infliction of emotional distress, civil conspiracy, tortious interference with family relationships, and related torts arising from a 25-year coordinated campaign to destroy Plaintiff's relationships with her children and grandchild. Plaintiff seeks compensatory damages exceeding $2,000,000 and punitive damages for Defendants' willful, malicious, and coordinated conduct, including: 1) Creating and maintaining a public podcast titled "Dad Daughter Conversations" with episode "Why I Chose to Love My Mother from a Distance" to publicly defame Plaintiff 2) Systematically alienating Plaintiff from her adult children and 3-year-old granddaughter, whom Plaintiff served as 3rd party primary caregiver (providing 35-70 hours/week of care and bonding from the grandchild's first week of birth) 3) Refusing to comply with multiple cease and desist letters demanding removal of defamatory content and retraction w/apologies and notice that this filing would be the next legal measure taken 4) Def. 1 Engaging in witness tampering to prevent Plaintiff's testimony in Maryland court proceedings 5) Acting in concert over 25 years to destroy Plaintiff's maternal and grandmaternal bonds 6) All three parties have refused any attempts or requests made by the Plaintiff dated back as far as 20 years ago to present to attend family counseling/mediation to repair issues stemming from the two partriarchial parties, which in turn went on to begin to weaponize the 2 Defendant, my daughter, against me at a very young age. This all could have been avoided. To current date Defendants are still acting in concert to keep the parental alienation, tactics of defamation and libel as means to harass, and avoid any other mediation remedies to find healthy resolve.

6

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff is a creative professional whose reputation and livelihood have been damaged by Defendants' public defamation campaign. The amount in controversy substantially exceeds $75,000, exclusive of interest and costs, Plaintiff is seeking $2,000,000.00 in compensatory damages. In addition the loss of time over the the last 25 months and assured future lost time with her granddaughter and son cannot be recovered.

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _12/29_, 20_25_

Signature of Plaintiff   _A. Antoinette Rush Harris_
Printed Name of Plaintiff   _CHERICE ANTOINETTE RUSH HARRIS_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B.   **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
Telephone Number   _____
Email Address   _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Cherice A. Harris                                    *

                                                     *

v.                                       Case No. _____

                                                     *
Ronald Andre Rush Sr, David Vincent Harris, Daien Von Harris
                                                     *

## CERTIFICATE OF SERVICE

I hereby certify that on  December 30, 2025  , a copy of  United States Federal Civil Suit  which was electronically filed in this case on  December 30, 2025  , was mailed via first class mail, postage prepaid, to  Ronald A. Rush Sr. , David Vincent Harris, and Daien Von Harris  .

12/30/2025
Date

Signature: [signed]

ChericeA.(Rush)Harris
Printed Name and Bar Number  NA - [illegible]

1619 Portland Lane Bowie MD 20716
Address

Email Address

240-923-4117
Telephone Number

Fax Number